IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 13 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 1:24cr115TBM-BWR

JAMES ADUL SMITH                               21 U.S.C. § 843(b)

**The United States Attorney charges:**

That from on or about May 28, 2021 through May 30, 2021, in Pearl River County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JAMES ADUL SMITH**, aided and abetted by others known and unknown, did knowingly and intentionally use a communications facility, to wit, a telephone and wire communication, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, conspiracy to possess with intent to distribute a controlled substance, as prohibited by Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

TODD W. GEE
United States Attorney